**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRES CARRASCO-TORRES,<br><br>    Defendant. | **No. 10-CR-4109-DEO**<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

### I. INTRODUCTION AND BACKGROUND

On December 15, 2010, a one count Indictment (Docket No. 2) was returned in the above-referenced case.

Count 1 of the Indictment charges that on about November 17, 2010, in the Northern District of Iowa, defendant, Andres Carrasco-Torres, an alien citizen of Mexico, was found knowingly and unlawfully in the United States after having been removed from the United States to Mexico on about May 12, 2006. Defendant did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Section 202(3) and (4) and Section 557), to reapply for admission into the United States prior to re-entering the United States on an unknown date in July of 2008, at or near San Ysidro, California.

Defendant's removal was subsequent to a conviction for an aggravated felony offense, to wit:

> On or about May 4, 1999, Andres Carrasco-Torres was convicted in the California Superior Court, Los Angeles Compton, of transporting a controlled substance and sentenced to two years incarceration.

This was in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

On January 20, 2011, defendant Andres Carrasco-Torres appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 Indictment.

In the Report and Recommendation (Docket No. 18, 01/20/2011), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Andres Carrasco-Torres's guilty plea be accepted. Waiver of objections to Judge Zoss's Report and Recommendation were filed by each party (Docket Nos. 19 and 20). The Court, therefore, undertakes the necessary review to accept defendant Andres Carrasco-Torres's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

2

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 18), and accepts defendant Andres Carrasco-Torres's plea of guilty in this case to Count 1 of the Indictment (Docket No. 2).

**IT IS SO ORDERED** this 2nd day of February, 2011.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa